**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLENE WERWINSKI,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 08-5605** |
| | : | |
| **INTERSTATE BRANDS CORP.,** | : | |
| **Defendant** | : | |

## <u>O R D E R</u>

**AND NOW,** this   14th   day of September, 2010, upon consideration of the defendant's motion for summary judgment (Document #24), the plaintiff's response thereto (Document #27), and the defendant's reply (Document #31), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.